**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:     Rodney Carnell Stewart, Debtor**                    **Case No. 24-12638-SDM**
                                                                                   **CHAPTER 13**

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Hearing Notice and Motion was forwarded on May 12 2026.

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, jr.

CM/ECF hrg11
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:  Rodney Carnell Stewart           )       Case No.: 24–12638–SDM
       Debtor(s)             )       Chapter: 13
                           )       Judge: Selene D. Maddox
                           )
                           )

      PLEASE TAKE NOTICE that a hearing will be held at

      Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North,
Aberdeen, MS 39730

      on 7/1/26 at 10:30 AM

      Responses Due: 6/8/26

      to consider and act upon the following:

*21* – Motion To Suspend Plan Payments Filed by Thomas C. Rollins Jr. on behalf of
Rodney Carnell Stewart. (Rollins, Thomas)

      Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

      A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 5/12/26

                            Shallanda J. Clay
                            Clerk, U.S. Bankruptcy Court

                            BY: MDH
                            Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Rodney Carnell Stewart, Debtor**          **Case No. 24-12638-SDM**
**CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor needs repairs done to his due to water damage.

3. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of May and June 2026.

4. Debtor wishes to resume making plan payments beginning in July 2026.

5. Debtor requests that the Trustee refund any funds received during the suspension period.

6. Debtor is requesting that his Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

RODNEY CARNELL STEWART

CASE NO: 24-12638

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/12/2026, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/12/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

RODNEY CARNELL STEWART

CASE NO: 24-12638

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/12/2026, a copy of the following documents, described below,

Notice of Hearing and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 24-12638-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
TUE MAY 12 12-49-56 CDT 2026

21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

BARNS ACROSS AMERICA INC
PO BOX 726
PARIS TN 38242-0726

BARNS ACROSS AMERICA INC
CO HAGWOOD AND TIPTON PC
PO BOX 726
PARIS TN 38242-0726

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD MI 48034-8331

CAINE  WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CREDIT ACCEPTANCE
PO BOX
DETROIT MI 48255-0001

CREDIT COLLECTION
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

GOLDEN TRIANGLE WASTE
1311 INDUSTRIAL PARK R
COLUMBUS MS 39701-8646

GOLDEN TRIANGLE WASTE SERVICES
WEBSTER
1311 INDUSTRIAL PARK ROAD
COLUMBUS MS 39701-8646

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE

TODD S JOHNS
TODD S JOHNS CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043-1326

KIMBERLY STEWART
508 N LEHMBERG RD LOT
COLUMBUS MS 39702-4405

MICHAEL EARL PHILLIPS
124 ONE MADISON PLAZA
SUITE 2300
MADISON MS 39110-0003

EXCLUDE

QUANTUM3 GROUP LLC AS AGENT FOR
CASCADE CAPITAL FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR CASCADE CAPI
PO BOX 788
KIRKLAND WA 98083-0788

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

DEBTOR

RODNEY CARNELL STEWART
508 N LEHMBERG RD
LOT 104
COLUMBUS MS 39702-4449

SUMMIT MANAGEMENT GROU
PO BOX 489
MILAN TN 38358-0489

TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE

U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022