

SO ORDERED,

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    **Rodney Carnell Stewart, Debtor**                    **Case No. 24-12638-SDM**
                                                                                              **CHAPTER 13**

## ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan Payments (DK # 21 ), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is granted.  Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan are hereby suspended for May and June  2026; that the Trustee shall increase Debtor's plan payment as necessary to offset for the lost plan payment with payments to resume in July 2026; and that the Trustee shall refund to the debtor any funds received during the suspension period. The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 24-12638-SDM

Rodney Carnell Stewart                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                          User: autodocke                              Page 1 of 1

Date Rcvd: Jun 09, 2026                       Form ID: pdf0003                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID                    Recipient Name and Address**
db                       \+  Rodney Carnell Stewart, 508 N Lehmberg Rd, Lot 104, Columbus, MS 39702-4449

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Michael Earl Phillips
                                   on behalf of Creditor Barns Across America  Inc. mphillips@hatlawfirm.com,
                                   cgoogins@hatlawfirm.com;jvanatta@hatlawfirm.com;crobinett@hatlawfirm.com

Thomas C. Rollins, Jr.
                                   on behalf of Debtor Rodney Carnell Stewart trollins@therollinsfirm.com
                                   jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns
                                   vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee
                                   USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4